IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| Bess E. Williams-Goodwin, | ) | C/A No.: 5:12-443-TLW-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | FIRST AMENDED SCHEDULING ORDER |
| CVS Pharmacy, Inc., | ) | |
| Defendant. | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules (D.S.C.), the court establishes the following scheduling order. This order is entered to administer the progress and disposition of this case in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants. A scheduling order is "not a frivolous piece of paper, idly entered, which can be cavalierly disregarded by counsel without peril." *Forstmann v. Culp*, 114 F.R.D. 83, 85 (M.D.N.C. 1987). Motions to amend the scheduling order are discouraged; however, any such motion must comply with Local Civil Rule 6.01.

6. Discovery: All discovery must be completed by **August 8, 2012**. The parties must serve all discovery requests in time for the responses thereto to be made by this deadline. **No motions relating to discovery may be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had a telephone conference with Judge Hodges in an attempt to resolve the matter informally**.

7. Mediation: Mediation shall be completed by **September 7, 2012** and shall be conducted pursuant to District Judge Wooten's Standing Order to Conduct Mediation.

8. Dispositive Motions: The parties must file any dispositive motions by **October 8, 2012**.

9. Trial: This case is subject to being called for trial in the first term of court following the court's ruling on all dispositive motions, including, if applicable the district judge's ruling on a Report and Recommendation. For cases in which no dispositive motions are filed, the case is subject to being called for trial in the first term of court following the dispositive motions deadline.

IT IS SO ORDERED.

*[Signature: Shiva V. Hodges]*

July 31, 2012  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge